| CAAP–11–00 00562 | Yamashiro v. Hay | Affirmed |